UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEONARDO SERRANO TORRES,<br><br>                              Plaintiff,<br>         -v-<br><br>TEN WESTSIDE CORP. et al.,<br><br>                              Defendants. | 18 Civ. 330 (PAE)<br>18 Civ. 7252 (PAE)<br><br>ORDER |
| CARLOS ENRIQUE TOJ OVALLE,<br><br>                              Plaintiff,<br>         -v-<br><br>TEN WESTSIDE CORP. et al.,<br><br>                              Defendants. | |

PAUL A. ENGELMAYER, District Judge:

On February 7, 2020, the parties in these consolidated cases submitted proposed settlement agreements, Dkt. 100-1 (the "Agreements"), and a letter in support, Dkt. 100, in this Fair Labor Standards Act ("FLSA") and New York Labor Law action. The Court has carefully reviewed the Agreements. The Court concludes, substantially for the reasons stated in the parties' letter, that the proposed settlement agreement is fair and reasonable. Under the Agreement, defendants agree to pay $24,000 to plaintiffs, and $11,000 in attorneys' fees to plaintiff's attorney, Michael Faillace & Associates. The Agreements therefore allocate one third or less of the settlement amount, net of costs, to plaintiffs' counsel as attorneys' fees. Upon careful review of the Agreements, the Court is satisfied that the Agreements were achieved through procedurally fair means and are fair and reasonable such that they satisfy the standard set forth in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

Accordingly, the Court approves the Agreements.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: February 10, 2020
       New York, New York